Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

22

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 21−20555−TPA

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7

**Kim L. Williams**
　　Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

　　The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

　　Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **January 12, 2022**.

　　Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

　　A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

　　Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

　　There is no fee for filing the proof of claim.

　　**Any creditor who has filed a proof of claim already need not file another proof of claim.**

　　Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**　　　　　　　　　　　　　　　　　Michael R. Rhodes
　U.S. Bankruptcy Court　　　　　　　　　　　　　　　　　　　　　　*Clerk, U.S. Bankruptcy Court*
　c/o CLAIMS CLERK
　5414 U.S Steel Tower
　600 Grant Street
　Pittsburgh, PA 15219

Dated: 11/3/21

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20555-TPA |
| Kim L. Williams | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 03, 2021 | Form ID: 154 | Total Noticed: 86 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim L. Williams, 214 Watson Blvd, Pittsburgh, PA 15214-2228 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15349482 | | AH Emg Group of Pittsburgh, PO Box 14000, Belfast, ME 04915-4033 |
| 15349483 | + | AHN Emg Group of WE, 6800 Jericho Tpke, Ste 11, Syosset, NY 11791-4436 |
| 15349480 | #+ | Affiliate Asset Solutions, 145 Technology Parkway NW Suite 100, Norcross, GA 30092-3536 |
| 15349484 | + | Allegent Community FCU, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 15349485 | + | Alleghency Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15349486 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15349493 | + | Bay Area Credit Service, 4145 Shackleford Rd., Ste 330B, Norcross, GA 30093-3541 |
| 15349495 | + | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 15349494 | + | Bay Area Credit Service, PO Box 940, San Jose, CA 95108-0940 |
| 15349502 | + | City & School District of Pittsburgh, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15349507 | + | Credit Control, PO Box 982238, El Paso, TX 79998-2238 |
| 15349509 | + | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 15349510 | + | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113e, Syosset, NY 11791-4401 |
| 15349513 | | Duquense Light Co., PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15349514 | | EIS Collections, PO Box 1730, Reynoldsburg, OH 43068-8730 |
| 15349521 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 15349523 | + | Guideposts, P.O. Box 5815, Harlan, IA 51593-1315 |
| 15349526 | + | KML Law Group, P.C., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 15349525 | + | Klingensmith Health Care, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 15349539 | + | MS Capital Bk, National Asset Mgmt, PO Box 703, Moon Township, PA 15108-0703 |
| 15349534 | + | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15349535 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15349536 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15349538 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15349540 | + | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 15349541 | #+ | North Shore Agency, The Bradford Exchange, 270 Spagnoli Rd, Ste 110, Melville, NY 11747-3515 |
| 15349542 | # | North Shore Agency, The Bradford Exchange, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 15349548 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warsaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 15349544 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15349545 | + | Pittsburgh Water Sewer Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15349549 | | Publishers Clearing House, c/o Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 15349551 | + | Radius Global Solutions, 7831 Glenroy Rd, Ste 250-A, Minneapolis, MN 55439-3132 |
| 15349550 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15349555 | + | Robinson Twp Dental, 24700 Chagrin Blvd, Ste 2, Beachwood, OH 44122-5647 |
| 15349564 | | SRA Associates, 211 W. Park Dr. Ste 200, Mount Laurel, NJ 08054 |
| 15349556 | + | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15349558 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 15349559 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15349560 | + | Sequium Asset Solutions, LLC, 1130 North Chase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 15349561 | + | Sherman Originator III, PO BOx 10497, Greenville, SC 29603-0497 |

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 154 | Total Noticed: 86 |

| | | |
|---|---|---|
| 15349565 | | Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |
| 15349568 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15349569 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15349570 | + | The Hampton Collection, 9204 Center for the Arts Dr., Niles, IL 60714-1387 |
| 15349571 | + | Universal Fidelity LP, Bradford Authenticated, PO Box 5369, Katy, TX 77491-5369 |
| 15349573 | | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Nov 04 2021 03:28:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 03 2021 23:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 04 2021 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15349487 | + | EDI: CBSAMERIMARK | Nov 04 2021 03:28:00 | AmeriMark, P. O. Box 2845, Monroe, WI 53566-8045 |
| 15349490 | + | EDI: AMEREXPR.COM | Nov 04 2021 03:28:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15349489 | + | EDI: AMEREXPR.COM | Nov 04 2021 03:28:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15349492 | | EDI: BANKAMER.COM | Nov 04 2021 03:28:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15349491 | | EDI: BANKAMER.COM | Nov 04 2021 03:28:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15349479 | | EDI: BANKAMER.COM | Nov 04 2021 03:28:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 15349497 | + | EDI: CAPITALONE.COM | Nov 04 2021 03:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15349496 | + | EDI: CAPITALONE.COM | Nov 04 2021 03:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15349500 | + | EDI: CITICORP.COM | Nov 04 2021 03:28:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15349501 | + | EDI: CITICORP.COM | Nov 04 2021 03:28:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15349503 | | EDI: COMCASTCBLCENT | Nov 04 2021 03:28:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 15349504 | + | EDI: WFNNB.COM | Nov 04 2021 03:28:00 | Comenity CB/My Place Rewards, PO Box 182120, Columbus, OH 43218-2120 |
| 15349505 | + | Email/Text: bankruptcy@credencerm.com | Nov 03 2021 23:23:00 | Credence, 17000 Dallas Parkway, STE 204, Dallas, TX 75248-1940 |
| 15349506 | + | EDI: CCS.COM | Nov 04 2021 03:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15349508 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 03 2021 23:23:00 | Credit Managment Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 15349511 | | EDI: DISCOVER.COM | Nov 04 2021 03:28:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15349512 | + | EDI: DISCOVER.COM | Nov 04 2021 03:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15349515 | | Email/Text: jill@ffcc.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 03 2021 23:23:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15349517 | | Email/Text: jill@ffcc.com | Nov 03 2021 23:23:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15349519 | + | EDI: FSAE.COM | Nov 04 2021 03:28:00 | Firstsource Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15349522 | + | Email/Text: Banko@frontlineas.com | Nov 03 2021 23:23:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Suite 250, Saint Paul, MN 55113-1783 |
| 15349499 | | EDI: JPMORGANCHASE | Nov 04 2021 03:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15349498 | | EDI: JPMORGANCHASE | Nov 04 2021 03:28:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15349528 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2021 23:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15349527 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2021 23:23:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15349529 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:23:57 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15349531 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:24:12 | LVNV Funding/Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15349547 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 03 2021 23:23:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15349546 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 03 2021 23:23:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15349548 | | Email/Text: signed.order@pfwattorneys.com | Nov 03 2021 23:23:00 | Pressler, Felt & Warsaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 15349543 | + | Email/Text: paparalegals@pandf.us | Nov 03 2021 23:23:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15349552 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:24:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15349557 | + | EDI: DRIV.COM | Nov 04 2021 03:28:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15350006 | + | EDI: RMSC.COM | Nov 04 2021 03:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15349566 | + | EDI: WTRRNBANK.COM | Nov 04 2021 03:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15349567 | + | EDI: WTRRNBANK.COM | Nov 04 2021 03:28:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2018-1, U.S. Bank Nation |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 15349481 | *+ | Affiliate Asset Solutions, 145 Technology Parkway NW Suite 100, Norcross, GA 30092-3536 |
| 15349488 | *+ | AmeriMark, P. O. Box 2845, Monroe, WI 53566-8045 |
| 15349516 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15349518 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |

| | | |
|---|---|---|
| 15349520 | *P++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429, address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 15349524 | *+ | Guideposts, P.O. Box 5815, Harlan, IA 51593-1315 |
| 15349530 | *+ | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15349532 | *+ | LVNV Funding/Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15349533 | *+ | LVNV Funding/Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15349537 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15349553 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15349554 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15349562 | *+ | Sherman Originator III, PO BOx 10497, Greenville, SC 29603-0497 |
| 15349563 | *+ | Sherman Originator III, PO BOx 10497, Greenville, SC 29603-0497 |
| 15349572 | *+ | Universal Fidelity LP, Bradford Authenticated, PO Box 5369, Katy, TX 77491-5369 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Kim L. Williams julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Towd Point Mortgage Trust 2018-1  U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7